## No. 9681.

UNITED CIGAR STORES COMPANY *v.* THE PEOPLE.

Reversed on authority of *Denver v. Frueauff*, 39 Colo. 20.

*Error to Denver District Court, Hon. Francis E. Bouck, Judge.*

Messrs. O'DONNELL & GRAHAM and Mr. GEORGE W. MUSSER, for plaintiff in error.

Hon. VICTOR E. KEYES, Attorney General, and Mr. FORREST C. NORTHCUTT, Assistant, for The People.

*Per Curiam*:

This case is one involving the same matter determined in *Denver v. Frueauff*, 39 Colo. 20, 88 Pac. 389, 7 L. R. A. (N. S.) 1131, 12 Ann. Cas. 521, and *Denver v. United Cigar Stores Company*, 68 Colo. 363, 189 Pac. 848, as to the validity of so-called trading stamps. These two decisions are controlling on this application for supersedeas, and are decisive of the merits of the case. The judgment is reversed and the cause remanded to the trial court with directions to dismiss the complaint.

Judgment reversed and cause remanded with directions.

*Decision en banc.*